Kimberly **JACKSON**, Plaintiff–Appellant,

v.

**Edward S. COHN, et al Substitute Trustees, Defendant–Appellee.**

No. 12–2165.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 26, 2012.

Kimberly Jackson, Appellant Pro Se. Michael Joseph McKeefery, Cohn, Goldberg & Deutsch, LLC, Towson, Maryland, for Appellee.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Jackson appeals the district court's order dismissing her complaint for failure to state a claim and lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Jackson v. Cohn,* No. 1:12–cv–00393–GLR (D.Md. Aug. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*